■ VIRGINIA CONNOR, as Administratrix of the Estate of JAMES CONNOR, Deceased, Respondent, v. GERALD HOFFMAN et al., Appellants.— Motions for

759

leave to appeal to the Court of Appeals denied. Present—Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.